

# NUMBER 13-19-00041-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J. T., MINOR CHILD

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Memorandum Opinion by Chief Justice Contreras**

Appellant Alexis Renee Trevino attempted to perfect an appeal from a judgment entered by the 430th District Court of Hidalgo County, Texas in cause number CW-0249-16-J. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated January 17, 2019. On January 29, 2019, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the

appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Hidalgo County Clerk's Office has informed this Court that no judgment was entered on January 17, 2019. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
28th day of February, 2019.

2